**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02586-REB-PAC

MIKE WATKINS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**ORDER ADOPTING AMENDED RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Amended Recommendation of the United States Magistrate Judge** [#17], filed April 29, 2005, recommending that I dismiss this action without prejudice because plaintiff has failed to notify the court of his change of address under **D.C.COLO.LCivR 10.1M**.

    Because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). No objections have been filed to the amended recommendation. Absent objections to the recommendation, I am vested with discretion to review the recommendation under any standard the court deems to be appropriate. **See, e.g., Summers v. Utah**, 927 F.2d 1165, 1167 (10th Cir. 1991). The amended recommendation is supported by the record and apposite law. Therefore, I find and conclude that the arguments advanced,

the authorities cited, and the findings of fact, conclusions of law and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1. That the **Amended Recommendation of the United States Magistrate Judge** [#17], filed April 29, 2005, **IS ADOPTED** as an order of the court; and

2. That this action **IS DISMISSED WITHOUT PREJUDICE**.

Dated July 14, 2005, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**